**No. 10-1059. Yankton Sioux Tribe, et al., Petitioners v. United States Army Corps of Engineers, et al.**

564 U.S. 1030, 131 S. Ct. 3026, 180 L. Ed. 2d 865, 2011 U.S. LEXIS 4638.

June 20, 2011. Motion of Southern Missouri Recycling and Waste Management District for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 606 F.3d 895.

**No. 10-1068. ACORN, et al., Petitioners v. United States.**

564 U.S. 1030, 131 S. Ct. 3026, 180 L. Ed. 2d 865, 2011 U.S. LEXIS 4732.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 618 F.3d 125.

**No. 10-7085. Eric D. Strother, Petitioner v. United States.**

564 U.S. 1030, 131 S. Ct. 3021, 180 L. Ed. 2d 865, 2011 U.S. LEXIS 4659.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. Jus-

tice Kagan took no part in the consideration or decision of this petition.

Same case below, 384 Fed. Appx. 539.

**No. 10-9360. Graydon Earl Comstock, Jr. and Thomas Matherly, Petitioners v. United States.**

564 U.S. 1030, 131 S. Ct. 3026, 180 L. Ed. 2d 865, 2011 U.S. LEXIS 4673.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 627 F.3d 513.

**No. 10-10068. Patrick S. McPherron, Petitioner v. Phillip Dailing, et al.**

564 U.S. 1030, 131 S. Ct. 3033, 180 L. Ed. 2d 865, 2011 U.S. LEXIS 4692, ▮

June 20, 2011. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Seventh Circuit denied.